B. LOWENSTEIN & BROS. v. THOMAS et al. (Circuit Court of Appeals, Fifth Circuit. January 6, 1904.) No. 1,125. Petition to Revise and Superintend the Proceedings of the District Court of the United States for the Northern District of Mississippi. John W. Apperson, for petitioners. Wm. C. McLean, for respondents. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. In the former decree entered in this case, on December 14th of the present term, we erroneously affirmed, when we should have reversed. Now, therefore, said decree is recalled and vacated, and it is ordered that the following be entered in lieu thereof, to wit: The decision in this case has been withheld to await action of the Supreme Court on appeal in Kahn v. Cone Export & Commission Company, decided by this court March 15, 1902, and reported in 115 Fed. 290, 53 C. C. A. 92, wherein the same question of preference was involved; and, said appeal having been dismissed by reason of the decision of the Supreme Court on the points involved in Jaquith v. Alden, 189 U. S. 78, 23 Sup. Ct. 649, 47 L. Ed. 717, we now reverse the decree of the District Court, with costs, and remand the cause, with instructions to allow the claims of Boyd, Lunham & Co. and of the Carlton Dry Goods Company against the estate of Wright & Berryhill, bankrupts, as presented, and to allow the claim of B. Lowenstein & Bros. against the estate of Wright & Berryhill, as presented, upon the surrender by said Lowenstein & Bros. of the sum of $135.04, the last-mentioned sum being the amount of actual preference received by said B. Lowenstein & Bros. from Wright & Berryhill, bankrupts, within four months prior to the adjudication in bankruptcy, and to otherwise proceed in said cause according to the opinion of this court in Kahn v. Cone Export & Commission Co. and the opinion of the Supreme Court in Jaquith v. Alden.

---

CITY OF CHESTER v. PETER HAGAN & CO. (Circuit Court of Appeals, Third Circuit. March 22, 1904.) No. 2. Appeal from the District Court of the United States for the Eastern District of Pennsylvania.

ACHESON, Circuit Judge. This cause came on to be heard on the transcript of record from the District Court of the United States for the Eastern District of Pennsylvania, and on motion of counsel for the appellant that said cause be dismissed. It is now here ordered, adjudged, and decreed by this court that the appeal from the said District Court be, and the same is hereby, dismissed at the costs of appellant. See 116 Fed. 223.